IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS AND SANDRA HOPKINS, h/w | : : : | CIVIL ACTION |
| v. | : : | |
| HARTFORD FIRE INSURANCE COMPANY | : : | NO.   02-3207 |

**O R D E R**

AND NOW, this 30th day of October, 2002, the above-captioned matter having been referred to me, by the Honorable Louis H. Pollak, for pretrial management purposes, it is hereby **ORDERED** that:

(1) Discovery will proceed on the schedule set by Judge Pollak in his September 18, 2002 Order. *See* Docket Entry No. 3.

(2) During the course of discovery, the parties are expected to work together to move this case forward. In the event that counsel cannot, in good faith, resolve a discovery dispute without court intervention, they are directed to contact chambers through a telephone call, or informal letter facsimile, to request the scheduling of a conference. A telephone or in-person conference to discuss, and resolve, the dispute will be scheduled in a prompt fashion. The filing of formal discovery motions is discouraged.

(3) On January 17, 2003 at 3:30 p.m., the parties are to place a telephone conference call to chambers. The purpose of this conference call will be to discuss the status of this action, the need for additional discovery, and the scheduling of a settlement conference and/or other pretrial deadlines. Plaintiff's counsel is to initiate the January 17, 2003 conference call.

BY THE COURT:

_____
M. FAITH ANGELL

UNITED STATES MAGISTRATE JUDGE

**ORDER FAX FORM**

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3207**
**TODAY'S DATE**: October 30, 2002          **LAW CLERK'S INITIALS**: JJK


**NAME**                                         **FAX NUMBER** (Area Code & Number)

1. Robert B. Ponziano, Esq.                      215-633-8042
2. Jonathan R. MacBride, Esq./
   Thomas S. Brown, Esq.                         215-636-0366