IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS AND SANDRA HOPKINS, h/w | : : : | CIVIL ACTION |
| v. | : : | |
| HARTFORD FIRE INSURANCE COMPANY | : : | NO.   02-3207 |

**O R D E R**

AND NOW, this 4th day of April, 2003, after holding a telephone status call in the above-captioned matter, it is hereby **ORDERED** that:

(1)   All expert discovery is to be completed by June 9, 2003.

(2)   On June 10, 2003 at 3:30 p.m., the parties are to place a telephone conference call to chambers. The purpose of this conference call will be to discuss the status of this action, the scheduling of a settlement conference and/or the scheduling of dispositive motions. Plaintiff's counsel is to initiate the June 9, 2003 conference call.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3207**

**TODAY'S DATE**: April 4, 2003          **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1.  Robert B. Ponziano, Esq. | 215-633-8042 |
| 2.  Jonathan R. MacBride, Esq.<br>Thomas S. Brown, Esq. | 215-636-0366 |