IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS AND SANDRA HOPKINS, h/w | : : : | CIVIL ACTION |
| v. | : : | |
| HARTFORD FIRE INSURANCE COMPANY | : : | NO.   02-3207 |

**O R D E R**

AND NOW, this 7th day of July, 2003, upon consideration of the June 18, 2003 letter addressed to me, from both counsel, in which the parties represent that they believe a settlement conference would not be beneficial at this time, it is hereby **ORDERED** that:

(1)  The above-captioned matter is being returned to the Honorable Louis H. Pollak to be listed for trial.

(2)  The Clerk is directed to remove this case from my docket, unless and until Judge Pollak refers this action back to me for further proceedings.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3207**

**TODAY'S DATE**: July 7, 2003               **LAW CLERK'S INITIALS**: JJK


**NAME**                                              **FAX NUMBER** (Area Code & Number)


1.    Robert B. Ponziano, Esq.                 215-633-8042


2.    Jonathan R. MacBride, Esq.             215-636-0366
      Thomas S. Brown, Esq.