IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS HOPKINS, et al.          :        CIVIL ACTION

       vs.                       :

HARTFORD FIRE INSURANCE COMPANY  :        NO.  02-3207

**O R D E R**

**AND NOW** this 26th day of August, 2003, it is hereby

**ORDERED** that pretrial memoranda[1], pursuant to Local Rule 16.1, shall be filed by the plaintiff by September 10, 2003, and by the defendant by September 24, 2003.

A pretrial conference will be held on Tuesday, September 30, 2003 at 10:00 a.m. in Courtroom 16-B. This case will be scheduled for trial at said conference.

Copies Mailed on 8/26/03 to:
   Robert B. Ponziano, Esq.
   Jonathan R. MacBride, Esq.

ATTEST:                              OR     BY THE COURT

BY: DONNA M. BOZZELLI                       LOUIS H. POLLAK
     Deputy Clerk                                Judge

Civ 12 (9/83)

---

1. Counsel are informed that it is Judge Pollak's practice to require that the pretrial memoranda include a brief (one or two sentences) discussion of each witness's anticipated testimony.