IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS HOPKINS, et al.            :        CIVIL ACTION

        vs.                :

HARTFORD FIRE INSURANCE COMPANY   :        NO. 02-3207

**O R D E R**

**AND NOW** this 30th day of September, 2003, pursuant to the pretrial conference held on this date, it is hereby

**ORDERED** that this case is listed for civil jury trial on Monday, January 12, 2004 at 10:00 a.m. in Courtroom 16-B, 16th Floor, 601 Market Street, Philadelphia, PA.

Copies Mailed on 9/30/03 to:
   Robert B. Ponziano, Esq.
   Jonathan R. MacBride, Esq.

ATTEST:                           OR      BY THE COURT


BY:  DONNA M. BOZZELLI                    LOUIS H. POLLAK
      Deputy Clerk                               Judge

Civ 12 (9/83)