IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
THOMAS HOPKINS, et al.           :        CIVIL ACTION

        vs.                      :

HARTFORD FIRE INSURANCE COMPANY  :        NO.  02-3207
```

### O R D E R

**AND NOW** this 9th day of December, 2003, it is hereby

**ORDERED** that a hearing addressing plaintiff's motion in limine will be held on Wednesday, December 17, 2003 at 11:00 a.m. in Courtroom 16-B.

Copies **FAXED** on 12/9/03 to:
   Robert B. Ponziano, Esq. (215-968-9584)
   Tom Brown, Esq. (215-636-0366)

```
ATTEST:                               OR      BY THE COURT


BY:  DONNA M. BOZZELLI                        LOUIS H. POLLAK
         Deputy Clerk                              Judge
```
Civ 12 (9/83)