IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS HOPKINS, et al.           :        CIVIL ACTION

        vs.                      :

HARTFORD FIRE INSURANCE COMPANY  :        NO.  02-3207

**O R D E R**

**AND NOW** this 22nd day of December, 2003, upon the request cf counsel, it is hereby

**ORDERED** that the hearing addressing plaintiff's motion in limine that was originally scheduled for Wednesday, December 17, 2003 at 11:00 a.m. is hereby **RESCHEDULED** until Tuesday, December 30, 2003 at 11:30 a.m. in Courtroom 16-B.

Copies **FAXED** on 12/22/03 to:
   Robert B. Ponziano, Esq. (215-968-9584)
   Tom Brown, Esq. (215-636-0366)


ATTEST:                              OR      BY THE COURT


BY: _DONNA M. BOZZELLI_                    _LOUIS H. POLLAK_
     Deputy Clerk                              Judge

Civ 12 (9/83)