## CERTIFICATE OF SERVICE

I, Thomas S. Brown, hereby certify that on this 23rd day of December 2003, a true and correct copy of Defendant's Response to Plaintiffs' Motion in Limine to Preclude Expert Testimony of Louis Gahagan, Memorandum of Law in Support thereof and Form Order was served via U.S., first-class mail, postage paid upon the following:

>Robert B. Ponziano, Esquire
>Attorney at Law
>118 N. State Street
>Newtown, PA  18940

>HECKER BROWN SHERRY AND JOHNSON LLP

>By:_____
>Thomas S. Brown
>1700 Two Logan Square
>18th and Arch Streets
>Philadelphia, PA  19103
>(215) 665-0400
>Attorney for Defendant, Hartford Fire Insurance Company

129643-1