IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS AND SANDRA HOPKINS<br>　　　　　Plaintiffs,<br>　　v.<br>HARTFORD FIRE INSURANCE COMPANY,<br>　　　　　Defendant | Civil Action No. 02-3207 |

**ORDER**

December 29, 2003

　　Upon consideration of plaintiffs' Motion *in Limine* to Preclude Expert Testimony of Louis Gahagan (#17) and defendant's response thereto, it is hereby **ORDERED** that the Motion is **DENIED**. However, if plaintiffs so choose, they may depose Mr. Gahagan prior to the Motion *in Limine* hearing.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pollak, J.