IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS AND SANDRA HOPKINS<br>　　　　　Plaintiffs,<br>　　v.<br>HARTFORD FIRE INSURANCE<br>COMPANY,<br>　　　　　Defendant | Civil Action No. 02-3207 |

**ORDER**

January 9, 2003

　　The submissions of the parties, containing in their appendices selected and, seemingly, not wholly harmonious, portions of insurance policy language, do not appear to have supplied the court with a complete and coherent text of the applicable policy language in force at the time of the event giving rise to this litigation. Accordingly, defendant's Motion *In Limine* To Limit Plaintiffs' Recovery To The Actual Cash Value Of Damaged Property (#22) is **DENIED**, without prejudice to its resubmission on the basis of the complete applicable text.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pollak, J.