IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS AND SANDRA HOPKINS<br>　　　　　Plaintiffs,<br>　　v.<br>HARTFORD FIRE INSURANCE<br>COMPANY,<br>　　　　　Defendant | Civil Action No. 02-3207 |

**ORDER**

January 13, 2004

In light of plaintiffs' January 5, 2004 withdrawal of their Motion *In Limine* To Preclude Expert Testimony of Alex Profka (#11), this motion is hereby **DISMISSED** as moot.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Pollak, J.