```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
THOMAS HOPKINS, et al.        :         CIVIL ACTION
                              :
          v.                  :
                              :
HARTFORD FIRE INSURANCE COMPANY :       NO. 02-3207
```

### O R D E R

**AND NOW,** this 15th day of January, 2004, it is

**ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and is hereby directed to furnish lunch for 9 jurors engaged in the above entitled case.

```
              BY THE COURT:

              ATTEST:       _____
                            Donna M. Bozzelli
                            DeputyClerk
```

cc:  Fiscal Section (2)

```
1/15/03      DMB
Date         By Whom
```

Civ 3 (11/88)