```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
THOMAS HOPKINS, et al.          :          CIVIL ACTION
                                :
          v.                    :
                                :
HARTFORD FIRE INSURANCE COMPANY :          NO. 02-3207
```

## O R D E R

**AND NOW,** this 16th day of January, 2004, it is

**ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and is hereby directed to furnish lunch for 9 jurors and 1 Deputy Clerk engaged in the above entitled case.

```
          BY THE COURT:

          ATTEST:   _____
                    Donna M. Bozzelli
                    Deputy Clerk
```

cc:  Fiscal Section (2)

```
1/16/03      DMB
  Date     By Whom
```

Civ 3 (11/88)