IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS HOPKINS, et al.        :        CIVIL ACTION
                              :
          v.                  :
                              :
HARTFORD FIRE INSURANCE COMPANY : NO. 02-3207

CIVIL JUDGMENT

Before the Honorable Louis H. Pollak

AND NOW, this 27th day of January, 2004, in accordance with the Jury Verdict Form of January 26, 2004,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of plaintiffs Thomas and Sandra Hopkins and against Hartford Fire Insurance Company in the amount of $54,400.00.

BY THE COURT

ATTEST:
         Donna M. Bozzelli
         Deputy Clerk

Civ 1 (8/80)