IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS HOPKINS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FIRE INSURANCE COMPANY | : | NO. 02-3207 |

## O R D E R

**AND NOW,** this 27th day of January, 2004, it is

**ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and is hereby directed to furnish lunch for 9 jurors in the above entitled case on Monday, January 26, 2004.


                BY THE COURT:

                ATTEST:   _____
                          Donna M. Bozzelli
                          Deputy Clerk


cc:  Fiscal Section (2)


| 1/27/03 | DMB |
|---|---|
| Date | By Whom |

Civ 3 (11/88)