```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

THOMAS HOPKINS, et al.            :         CIVIL ACTION
                                  :
            v.                    :
                                  :
HARTFORD FIRE INSURANCE COMPANY   :         NO. 02-3207

## O R D E R

**AND NOW**, this 27th day of January, 2004, it is

**ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and is hereby directed to furnish lunch for 9 jurors in the above entitled case on Friday, January 23, 2004.

```
            BY THE COURT:

            ATTEST:   _____
                      Donna M. Bozzelli
                      Deputy Clerk
```

cc:  Fiscal Section (2)

| 1/27/03 | DMB |
|---|---|
| Date | By Whom |

Civ 3 (11/88)