IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS AND SANDRA HOPKINS | : | CIVIL ACTION |
| vs. | : | |
| HARTFORD FIRE INSURANCE COMPANY | :<br>: | NO.  02-3207 |

**O R D E R**

It is hereby **ORDERED** that plaintiffs' unopposed motion for prejudgment interest is hereby **GRANTED.**  It is **FURTHER ORDERED** that prejudgment interest is hereby entered in favor of plaintiffs Thomas and Sandra Hopkins and against defendant Hartford Fire Insurance Company in the amount of $3,751.11.

**DATE:** _____

_____ J.