IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS AND SANDRA HOPKINS<br>　　　　　Plaintiffs,<br>　　v.<br>HARTFORD FIRE INSURANCE COMPANY,<br>　　　　　Defendant | Civil Action No. 02-3207 |

**ORDER**

May 10, 2004

    Upon consideration of plaintiffs' Motion to Enforce Judgment with Sanctions (#46), and defendant's response thereto, it is hereby **ORDERED** that plaintiffs' motion is **DENIED**.

_____
　　　　　　　　　　　Pollak, J.